CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 03 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 7:11-cr-00072** |
| **v.** | **ORDER** |
| **RICHARD CHRIS WELCH,**<br>Petitioner. | By:  **Hon. Michael F. Urbanski**<br>**United States District Judge** |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

### ORDERED

that the construed motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255

(Dkt. No. 106) is **DISMISSED** without prejudice as successive, a certificate of appealability is

**DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Petitioner and counsel of record for the United States.

ENTER:  This _3rd_ day of August, 2016.

/s/ Michael F. Urbanski
_____
United States District Judge